ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Central Machining Specialties | ) | ASBCA No. 62635 |
| | ) | |
| Under Contract No. SPE7L4-18-P-2260 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Peter Canning

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Rachel Noble, Esq.
Alicia Ramsdell, Esq.
  Trial Attorneys
  DLA Land and Maritime
  Columbus, OH

## ORDER OF DISMISSAL

Appellant filed this notice of appeal via an email dated August 11, 2020 from Mr. Peter Canning. The notice did not clearly indicate that Mr. Canning was a qualified appeal representative under Board Rule 15. By Order dated March 23, 2021, the Board directed appellant to show that it was represented by a person meeting the requirements of Board Rule 15(a). Appellant did not respond to that Order. By Order dated April 9, 2021, the Board requested that appellant respond to the March 23, 2021 Order, but again appellant did not respond. By Order dated April 28, 2021, the Board directed appellant to show that it is represented by a person meeting the criteria of Board Rule 15(a), and informed appellant that if it did not comply with the Board's Order, the Board may dismiss the appeal without further notice to the parties. Appellant did not respond to the Board's April 28, 2021 Order.

A representative meeting the requirements of Rule 15(a) did not enter a notice of appearance. Without a representative meeting the requirement of Board Rule 15(a), the Board is unable to proceed. Accordingly, the appeal is dismissed.

Dated: May 26, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____          _____
RICHARD SHACKLEFORD                       OWEN C. WILSON
Administrative Judge                      Administrative Judge
Vice Chairman                             Vice Chairman
Armed Services Board                      Armed Services Board
of Contract Appeals                       of Contract Appeals


     I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62635, Appeal of Central Machining Specialties, rendered in conformance with the Board's Charter.

     Dated:  May 26, 2021


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2